# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO JAIMES,<br><br>　　　Petitioner,<br><br>　　v.<br><br>M.C. KRAMER,<br><br>　　　Respondent. | 1:06-cv-1080 OWW WMW (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>(DOCUMENT #10) |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 20, 2007, respondent filed an application to extend time to file an answer to the petition for writ of habeas corpus. Inasmuch as respondent filed an answer on July 19, 2007 , and good cause having been presented to the Court, IT IS HEREBY ORDERED that:

　　Respondent's application to extend time to file an answer to the petition for writ of habeas corpus is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   July 24, 2007**　　　　　　　　　　　　　　/s/  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE