1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    JUAN ANTONIO JAIMES,                  1:06-cv-01080-OWW-JMD (HC)

10            Petitioner,                  ORDER GRANTING PETITIONER'S FIRST
                                           MOTION FOR EXTENSION OF TIME
11       vs.                               TO  PROCEED WITH APPEAL

12   M.C. KRAMER,                          (DOCUMENT #20)

13            Respondent.                  THIRTY DAY DEADLINE (30)

14   _____/

15       Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

16   U.S.C. § 2254.

17       On April 22, 2009, Petitioner filed a motion for extension of time to proceed on his

18   appeal.  The Court construes this as a motion for an extension of time to file a notice of appeal.

19   Good cause having been presented to the Court and GOOD CAUSE APPEARING

20   THEREFORE, IT IS HEREBY ORDERED that:

21       Petitioner is granted thirty days from the date of service of this order in which to

22   proceed with appeal.

23   IT IS SO ORDERED.

24   **Dated:    April 28, 2009**              **/s/ John M. Dixon**
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28